IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                 No. CR. S-98-0431 KJM

    vs.

DAVID EARL WILLIAMS, et al.,              ORDER

    Defendant.

_____/

        On March 5, 2012, defendant David Earl Williams filed a motion to dismiss the indictment still pending against him in this case.  The court requests the assistance of the Federal Defender's Office, or if appropriate a panel attorney identified by the Federal Defender, in contacting defendant for the limited purpose of determining whether he qualifies for and requests appointment of counsel in this matter, and whether the defendant should be brought before the court for proceedings on the motion to dismiss or for other purposes.

        The Clerk of the Court is directed to serve a copy of this order upon the Federal Defender's Office, and also upon defendant at the address shown on the motion to dismiss (ECF No. 356).  The Federal Defender's Office is requested to respond to this order within fourteen (14) days.

        IT IS SO ORDERED.

DATED: March 12, 2012.

                                                            UNITED STATES DISTRICT JUDGE