IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S-98-431 KJM |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING INDICTMENT |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID EARL WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Williams, proceeding pro se, filed a motion to dismiss the charges pending against him based on delay, noting that he has never been arraigned or provided the opportunity to obtain counsel.  In response, the government filed its own motion to dismiss under Federal Rule of Criminal Procedure 48(a). The court requested that the Federal Defender's Office assist in determining Mr. Williams' response to the government's motion. Mr. Williams has filed a response in which he reserves his objections in the event the government initiates proceedings against him in the future, but does not oppose dismissal.  He
/////

1

1 requests that the government lift and revoke the detainer filed
2 against him in this case.
3     Having considered the parties' filing, and good cause
4 appearing,
5     **IT IS HEREBY ORDERED** that the government's motion (ECF No.
6 358) is granted and the indictment in the above captioned case is
7 dismissed against defendant DAVID EARL WILLIAMS, without prejudice
8 and in the interest of justice.  Defendant's motion to dismiss
9 (ECF No. 356) is DENIED as moot.
10     The government is directed to lift and revoke the detainer
11 filed against defendant WILLIAMS posthaste, and to file a notice
12 of such revocation on the docket of this case within seven (7)
13 days of this order.
14     The assistance of the Federal Defender's Office is
15 acknowledged, and that office is relieved of any further
16 obligation with respect to the court's prior order (ECF No. 357).
17     The Clerk of the Court is directed to serve a copy of this
18 order on the Federal Defender's Office and on the defendant at the
19 address shown in the response filed on March 26, 2012 (ECF No.
20 360).
21 DATED: March 27, 2012.

_____
UNITED STATES DISTRICT JUDGE

2